IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | | | |
|---|---|---|---|---|
| In re: | Shaquetta Tonette Jackson | § | Case No. | 4:22-bk-10970 T/M |
| | Debtor | § | | Chapter: 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT Bank OZK hereby enters its appearance and requests notice pursuant to 11 U.S.C. §342(e)(l) and Bankruptcy Rule 2002 for the following:

(i) All notices given or required to be given in the case; and
(ii) All pleadings and correspondence served or required to be served in this case, regarding Bank OZK should be directed to Bank OZK at the following mailing address or email address effective immediately:

Attn: Kimberly D. Burnette
Bank OZK
Account No. XXXXX4878
P.O. Box 8811
Little Rock, Arkansas 72231-8811
Email: bankruptcynotices@ozk.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted this 5th day of May, 2022.

**Kimberly D. Burnette**
Bank OZK
P.O. Box 8811
Little Rock, Arkansas 72231-8811
Telephone (501) 978-2265
Facsimile (501) 320-4111

By: /s/ Kimberly D. Burnette
Kimberly D. Burnette
Attorney at Law

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 5th day of May, 2022, electronically filed the foregoing Notice of Appearance and Request for Notices using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: Debtor's attorney, John G. Phillips, and Hamilton M. Mitchell, Chapter 7 Panel Trustee.

    /s/ Kimberly D. Burnette
Kimberly D. Burnette